UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Sandra M. Snyder
United States Magistrate Judge
Fresno, California

                                                          RE:    Talitha Marie HUNT
                                                                 Docket Number: 1:05CR00080-01 AWI
                                                                 **PROBATION VIOLATION/**
                                                                  **DETENTION MEMORANDUM**

Your Honor:

**Reason for Hearing**

On May 23, 2006, the probationer appeared before the Honorable U. S. Magistrate Judge Theresa A. Goldner, for an initial hearing in reference to the 12C Petition submitted on April 20, 2006. The probationer entered a denial as to Charge 1, alleging the Use of Cocaine and Charge 2, alleging Failure to Report for Urinalysis Testing. Pursuant to the Government's recommendation for detention, Magistrate Judge Goldner ordered the probationer detained and directed the probation officer to prepare a Detentional Memorandum. The Court calendared the detentional hearing for May 26, 2006, and scheduled a status conference on June 5, 2006.

**Legal History**

04-25-05:    Pled guilty to violations of 18 USC 287 and 2 (2 counts) - False Claims and Aiding and Abetting (Class D Felonies.)

07-11-05:    Sentenced to 36 months probation; $200 special assessment; $3,188 restitution with the following special conditions: Warrantless search; financial restrictions; financial disclosure; participate in substance abuse counseling/testing; participate in mental health counseling; 30 days home detention; $25 per month co-payment for treatment services; comply with DNA collection.

**Re:     Talitha Marie HUNT**
**        Docket Number:   1:05CR00080-01 AWI**
**        <u>PROBATION VIOLATION/</u>**
**        <u>DETENTION MEMORANDUM</u>**

| | |
|---|---|
| 10-20-05: | Probation 12B - Petition submitted to advise the Court that on September 30, 2005, the probationer was arrested by officers of the Bakersfield Police Department for violation of Penal Code Section 273A.5(a) - Spousal Abuse, and that further inquiry by the undersigned officer confirmed the District Attorney's office did not file a complaint in reference to the arrest. Additionally, on October 5, 2005, the probationer submitted a urine specimen which tested positive for cocaine.  The probationer signed a Waiver of Hearing to modify the conditions of her probation for her to participate in the Turning Point, Community Corrections Center for a period not to exceed 90 days.  On October 24, 2005, the Honorable U. S. District Judge Anthony W. Ishii, approved the recommended intervention plan. |
| 04-20-06: | Probation 12C - Petition submitted to advise the Court that on March 9 and 25, 2006, the probationer submitted urine specimens which tested positive for cocaine in violation of the general condition requiring her to refrain from the unlawful use of a controlled substance.  Moreover, on April 18, 2006, the probationer failed to report for drug testing, as instructed by the Turning Point, Drug Aftercare Provider in violation of special condition number 6. The undersigned officer recommended the Court issue a summons requiring the defendant to appear before the Court to explain why probation should not be revoked. |

**Prior Record**

**Juvenile Adjudications**

None

**Re:    Talitha Marie HUNT**
**       Docket Number:   1:05CR00080-01 AWI**
**       PROBATION VIOLATION/**
**       DETENTION MEMORANDUM**

## Adult Criminal Convictions

| Date of Arrest | Offense of Conviction; Court Name/Location; Court Number | Disposition |
|---|---|---|
| 01-20-87 | Willful Cruety to Child (2 counts) (misdemeanor); Kern Co. Municipal Court Case #BM362942A | 03-06-87: 36 months probation, 48 days jail. |

On January 20, 1987, deputies of the Kern County Sheriff's Department were dispatched to a residence regarding a report of a female choking a baby. Upon arrival, deputies made contact with the defendant's mother who reported the defendant was in the back bedroom choking her two-year-old baby. After deputies went into the back bedroom, they observed the defendant grabbing her daughter's arms in a tight manner. The defendant let go of her daughter after deputies directed her to do so, at which point the defendant became violent and began to yell. As a result, the defendant was handcuffed and placed in the deputies patrol vehicle.

| | | |
|---|---|---|
| 05-11-91 | Plant, Cultivate Marijuana (Felony); Kern Co. Superior Court Case #BF058885A | 05-14-91: Not guilty plea entered; |
| | | 06-04-91: Accepted into drug diversion program, pursuant to PC 1000, proceedings suspended; |
| | | 01-24-92: Successful completion of diversion program, case dismissed on motion of the Court. |

On May 11, 1991, Bakersfield police officers were dispatched to the defendant's residence on an unrelated matter and were granted permission by the defendant to enter her room. Officers observed a six inch plastic pot on the defendant's bedroom floor which contained potting soil and 13 marijuana plants. Officers noted that some of the marijuana plants were

**Re:   Talitha Marie HUNT
       Docket Number:   1:05CR00080-01 AWI
       <u>PROBATION VIOLATION/
       DETENTION MEMORANDUM</u>**

approximately 20 inches in height. As a result, the defendant was placed under arrest and the marijuana plants were seized.

| 01-21-01 | Fighting, Noise, Offensive Words, (misdemeanor); Kern Co. Superior Court Case #BM599197A | 03-06-01: Pled nolo contendere, 36 months summary probation, $180 fine, no contact with the victim. |

On January 21, 2001, deputies of the Kern County Sheriff's Department were dispatched to the victim's residence regarding a report of a restraining order violation. Upon arrival deputies made contact with the victim who provided deputies with documentation that she had previously obtained a restraining order against the defendant. The victim informed deputies the defendant lived near her and said she had obtained a restraining order against the defendant due to numerous threats and harassing statements made by the defendant in the past.

The victim told deputies the defendant had approached her earlier that day in a hostile and threatening manner and attempted to fight her. The victim indicated she put her hands up to prevent being struck in the face by the defendant, at which time the defendant slapped her hand several times and attempted to strike the victim on the head. Another individual in the neighborhood grabbed the defendant and pulled her away allowing the victim to get free and run home.

**Other Criminal Conduct**

On June 26, 2004, the defendant was arrested for Aggravated Assault with a Weapon. Circumstance of the offense involved police officers being dispatched to the defendant's residence regarding an assault. Upon arrival, officers made contact with the defendant's boyfriend (the victim) who was bleeding from a one-inch cut on his left arm. The victim reported the defendant had cut him with a knife during a domestic dispute, just prior to their arrival. Officers subsequently made contact with the defendant who was also present and inquired as to the whereabouts of the knife. Officers located the knife in the kitchen and placed the defendant under arrest.

Re:     Talitha Marie HUNT
        Docket Number:   1:05CR00080-01 AWI
        **PROBATION VIOLATION/**
        **DETENTION MEMORANDUM**

**Supervision Adjustment**

Ms. Hunt's adjustment to supervision has been negatively impacted by her continued use of a controlled substance.

On July 21, 2005, the probationer reported to the U. S. Probation Office and was instructed as to the conditions of her probation. A referral was completed for the probationer to receive substance abuse counseling/testing and mental health counseling at the Turning Point, Community Corrections Center located in Bakersfield, California.

Within two months of commencing supervision, the probationer was arrested by officers of the Bakersfield Police Department for a violation of Penal Code Section 273A.5(a) - Spousal Abuse. The undersigned officer conducted a record inquiry which revealed the Kern County District Attorney's office declined to file a criminal complaint. However, five days following the probationer's arrest, she tested positive for cocaine.

Subsequently, the undersigned officer counseled with the probationer and expressed concern regarding the probationer's arrest and her use of a controlled substance. The probationer agreed she was in need of intervention and signed a waiver to modify the conditions of her probation to enter the Turning Point, Community Corrections Center. On October 21, 2005, the probationer entered the Turning Point, Community Corrections Residential Program. On October 24, 2005, the Honorable U. S. District Judge Anthony W. Ishii, approved the recommended intervention plan. While participating in the program, the probationer benefitted from counseling and a structured living environment.

On January 18, 2006, the probationer completed her Public Law placement at the Turning Point facility. However, within two months of her release from the program, the probationer relapsed with cocaine and then failed to report for urinalysis testing at the Turning Point, Community Corrections Center.

Subsequently, the probationer reported to the U. S. Probation Office for a scheduled appointment. The undersigned officer counseled with the probationer regarding her positive urinalysis results and failure to report for urinalysis testing. The officer advised the

Re:  Talitha Marie HUNT
     Docket Number:  1:05CR00080-01 AWI
     **PROBATION VIOLATION/**
     **DETENTION MEMORANDUM**

probationer the Court would be notified regarding the violation conduct and conferred with her an intervention option of a return to the Turning Point Program, as a Public Law commitment. The probationer denied the use of controlled substance and declined to sign the waiver form.

## Justification

It appears the probationer is in denial regarding her use of cocaine. It is of concern to the undersigned officer the probationer's use of a central nervous stimulant and history of engaging in violent behavior.

Moreover, on April 18, 2006, the probationer contacted her mental health therapist, Ms. Jana L. Swearengin, Psy.D., and admitted that she may have tested positive for a controlled substance and then threatened to hurt herself. Ms. Swearengin made arrangements to immediately evaluate the probationer for a possible evaluation hold. According to Ms. Swearengin, the probationer did not meet the criteria and was asked to sign a suicide prevention contract. The probationer signed the contract promising to contact her therapist within 24 hours and notify the Crisis Center at Mary Kay Shell in Bakersfield, California if she again had any suicidal ideations.

## Recommendation

It is respectfully recommended that the defendant, Talitha Marie Hunt be detained as a risk to others and self, pending adjudication of the violation of probation conditions.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:   May 25, 2006
         Bakersfield, California
         LES:ks

**Re:    Talitha Marie HUNT**
       **Docket Number:   1:05CR00080-01 AWI**
       **PROBATION VIOLATION/**
       **DETENTION MEMORANDUM**

**REVIEWED BY:**     /s/ Thomas A. Burgess for
                  **RICK C. LOUVIERE**
                  **Supervising United States Probation Officer**

cc:    Stanley A. Boone
       Assistant United States Attorney

       Eric K. Fogderude
       Defense Counsel


AGREE:  xxxxxxx                              DISAGREE:  _____


IT IS SO ORDERED.

**Dated:    June 2, 2006**                        /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE